■ Scott Martzloff et al., Individually and as Parents and Natural Guardians of Victoria Martzloff, an Infant, Appellants, v Rush-Henrietta Central School District, Respondent. [916 NYS2d 543]—Appeal from an order of the Supreme Court, Monroe County (Harold L. Galloway, J.), entered January 19, 2010 in a personal injury action. The order granted defendant's motion in limine to preclude plaintiff Kimberly Martzloff from offering any evidence in support of her claim for emotional damages.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Centra, J.P., Fahey, Peradotto, Sconiers and Gorski, JJ.

■ In the Matter of The People of the State of New York ex rel. J.A. Session, Attorney, on Behalf of Derek L. Archie, Also Known as Diese Game Diese, Petitioner, v David Stallone, Superintendent, Cayuga Correctional Facility, Respondent. [915 NYS2d 883]—Proceeding pursuant to CPLR article 70 (initiated in the Appellate Division of the Supreme Court in the Fourth Judicial Department pursuant to CPLR 7002 [b] [2]) seeking a writ of habeas corpus.

It is hereby ordered that said petition is unanimously dismissed without costs as moot. Present—Centra, J.P., Fahey, Peradotto, Sconiers and Gorski, JJ.

■ The People of the State of New York, Respondent, v Alfonso D. Williams, Appellant. [915 NYS2d 882]—Appeal from a judgment of the Supreme Court, Monroe County (David D. Egan, J.), rendered July 17, 2008. The judgment convicted defendant, upon his plea of guilty, of criminal sale of a controlled substance in or near school grounds.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Fahey, Carni, Sconiers and Martoche, JJ.